IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER CORDERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:20-cv-05058-WMR |
| SILVLERSTONE PARTNERS LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On April 19, 2021, the Plaintiff filed a Notice of Settlement informing the Court that the parties have settled this case and that they will file the appropriate dismissal documents with the Court within sixty (60) days. [Doc. 12]. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**SO ORDERED,** this 20th day of April, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE