IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALEXANDER CORDERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:20-cv-05058-WMR |
| SILVLERSTONE PARTNERS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alexander Cordero and Defendant Silverstone Partners LLC, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: May 20, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Adam P. Ford
Adam P. Ford
Georgia Bar No. 355079
Page Law, LLC
1640 Powers Ferry Road
Building 23, Suite 100
Marietta, Georgia 30067
Tel: (770) 285-7785
adam@inprimelegal.com

## CERTIFICATE OF SERVICE

I certify that on May 20, 2021, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Adam P. Ford, Esq.
Page Law, LLC
1640 Powers Ferry Road
Building 23, Suite 100
Marietta, Georgia 30067
Tel: (770) 285-7785
adam@inprimelegal.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich